UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK K. TOLSON,

        Plaintiff,

    v.

STATE OF WASHINGTON, et al,

        Defendants.

Case No. C09-5622BHS

ORDER ON PENDING MOTIONS AND BRIEFING SCHEDULE

      This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judges' Rules MJR 1, MJR 3, and MJR 4.  The minute order clarifying the referral was entered January 18, 2011 (ECF No. 28).  Before the Court are an Emergency motion to continue a motion for summary judgment (ECF No. 24), a motion for summary judgment (ECF No. 19), and a stipulated extension of the motion for summary judgment that re-notes the motion for February 4, 2011 (ECF No. 27).

      Although emergency motions to shorten time for consideration of a motion were abolished in this court a number of years ago, in light of the parties' stipulation, the request to continue the summary judgment hearing date will be granted.

ORDER - 1

1  The motion for summary judgment, (ECF No. 19), is re-noted for February 4, 2011.  Any
2 response to the motion must be filed on or before January 28, 2011.  Any reply must be filed on
3 or before February 4, 2011.

DATED this 20th day of January 2011.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge

ORDER - 2