UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK K. TOLSON, <br><br>   Plaintiff, <br><br>   v. <br><br> STATE OF WASHINGTON, et al, <br><br>   Defendants. | Case No. C09-5622BHS <br><br> REPORT AND RECOMMENDATION |

This 42 U.S.C. § 1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and(B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. On January 18, 2011, the Honorable Judge Settle referred a summary judgment motion in this action to the undersigned Magistrate Judge (ECF No. 29). A motion for a continuance was granted and the summary judgment motion was re-noted for February 4, 2011 (ECF No. 29). On February 4, 2011, the parties entered a stipulated motion for dismissal outlining dismissal with prejudice for some defendants and dismissal without prejudice for others

ORDER - 1

1  (ECF No. 30).  The court recommends the motion be GRANTED and this action dismissed as
2  outlined in the motion (ECF No. 30).
3       As this is a stipulated motion and no waiting time is necessary to allow objections, the
4  court recommends that the District Judge immediately approve this Report and Recommendation
5       Dated this 8th day of February, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2