UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARK K. TOLSON,

       Plaintiff,

    v.

STATE OF WASHINGTON, et al.,

       Defendants.

Case No. C09-5622BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

     This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 31). The Court having considered the R&R and the remaining record, and the parties having stipulated to the motion to dismiss, does hereby find and order as follows:

    (1)    The Court adopts the R&R; and

    (2)    This action is **DISMISSED without prejudice**.

    DATED this 1st day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER