# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK K. TOLSON,

                v.

STATE OF WASHINGTON, et al.,

JUDGMENT IN A CIVIL CASE

Case No. C09-5622BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the R&R; and

(2)    This action is **DISMISSED without prejudice**.

| | |
|---|---|
| March 2, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/ Mary Trent* |
| | Deputy Clerk |