# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK K. TOLSON,

        v.

STATE OF WASHINGTON, et al.,

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. C09-5622BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the R&R;

(2)    Defendants State of Washington, Washington Department of Corrections and Sandra Glover are dismissed without prejudice; and

(3)    Defendants Harold Clark, Eldon Vail, Patricia Gorman and Doug Waddington are dismissed with prejudice.

    March 17, 2011                                          WILLIAM M. McCOOL
              Date                                                                           Clerk

                                                                                        *s/ Mary Trent*
                                                                                        Deputy Clerk